UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRANCE QUINN EUBANKS,

    Plaintiff,

v.                                                        Case No. 3:13cv369/MCR/CJK

M. MARMONT, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On June 27, 2014, the court entered an order requiring plaintiff to file, within thirty days, an amended civil rights complaint. (Doc. 15). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed.

    After receiving no response from plaintiff, on August 4, 2014, an order was issued requiring plaintiff to show cause, within fourteen days, why this case should not be dismissed. (Doc. 17). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 20th day of August, 2014.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).