UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRANCE QUINN EUBANKS,**

    Plaintiff,

v.                                             Case No. 3:13cv369/MCR/CJK

**M. MARMONT, et al.,**

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 20, 2014 (doc. 18).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

    2.    The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of September, 2014.

                                                    *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**